[Civil No. 492.]

D. TOOKER, v. VIRGINIA GOLD MINING COMPANY, a Corporation,

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai. Owen T. Rouse, Judge.

Herndon & Norris, for Appellee.

July 11, 1895. Affirmed.

---

[Civil No. 488.]

WILLIAM JACKSON, Appellant, v. J. E. WALKER, Clerk of the District Court of Maricopa County, Third Judicial District of the Territory of Arizona, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

J. B. Woodward, for Appellant.

Fitch & Campbell, for Appellee.

July 11, 1895. Dismissed.

---

[Civil No. 411.]

THE CALIFORNIA BRIDGE COMPANY, Plaintiff in Error, v. GEORGE PUSH et al., Defendants in Error.

WRIT OF ERROR from the District Court of the Third Judicial District in and for the County of Maricopa. H. C. Gooding, Judge.

Street & Frazier, for Plaintiff in Error.

Fletcher M. Doan, and Selim M. Franklin, for Defendants in Error.

July 12, 1895. Dismissed.